IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DEMARCUS B. MOORER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-195 |
| | ) | |
| DEPUTY WARDEN HARMON; UNITED | ) | |
| MANAGER KITCHEN; UNITED | ) | |
| MANAGER GONDER; UNITED | ) | |
| MANAGER ROBINSON; LIEUTENANT | ) | |
| JORDAN; LIEUTENANT CALLAWAY; | ) | |
| LIEUTENANT McARTHUR; SERGEANT | ) | |
| JACKSON; SERGEANT CALLAWAY; | ) | |
| SERGEANT KEMP; WARDEN JONES; | ) | |
| NURSE HUDSON; and DOCTOR PRICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 8th day of January, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA