AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEMARCUS B. MOORER, SR.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:24-cv-00195

DEPUTY WARDEN HARMON, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed January 8, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice.



| 1/8/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020